# United States District Court
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| JUDITH ROCKEY, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:18-CV-1219 |
| ANDREW M. SAUL, Commissioner of Social Security, *Defendant* | ) (Chief Judge Conner) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: JUDGMENT be and is hereby ENTERED in favor of defendant ANDREW M. SAUL, Commissioner of Social Security ("the Commissioner"), and against plaintiff JUDITH ROCKEY, as follows: The Commissioner's decision denying Rockey's application for disability insurance benefits is AFFIRMED, in accordance with the court's order (Doc.15), dated September 4, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date: Sep 4, 2019

*CLERK OF COURT* PETER WELSH, Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*